UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX GAETA, ET AL., | No. 2:23-cv-00077-KJN |
| Plaintiffs, | ORDER |
| v. | |
| CITY OF STOCKTON, ET AL., | |
| Defendants. | |

On January 13, 2023, plaintiff filed this case against defendants City of Stockton, Chief of Police Eric Jones, and Officer Kyle Ribera alleging excessive force and other constitutional violations. (ECF No. 1.) Defendant City of Stockton has been served and filed its answer. (ECF Nos. 4, 5.) Defendant Rivera and defendant Jones waived service on February 7, 2023. (ECF No. 6, 7.)

Under the Initial Scheduling Order, all parties were to inform the Clerk of Court of their decision whether to consent or decline to magistrate judge jurisdiction for all purposes in this case by filing their Consent/Decline form (ECF No. 3-1) within ninety days of the date the action was filed, in this case by April 13, 2023. (ECF No. 3 at 2, para. 2.) A review of the docket indicates that no Consent/Decline forms have yet been submitted. There is no obligation to consent, and no judge will be notified of a party's decision unless all parties have consented. See Fed. R. Civ. P. 73(b)(1). However, for proper case administration, each party must inform the Clerk of Court

whether it consents to magistrate judge jurisdiction for all purposes. Therefore, the court ORDERS that all parties file their Consent/Decline forms within fourteen days.

Additionally, the Initial Scheduling Order required parties to file a joint status report within thirty days of filing an answer. (<u>See</u> ECF No. 3, para. 3.) Only defendant City of Stockton has filed an answer. For purposes of judicial economy, the court hereby ORDERS the City of Stockton to advise the court within fourteen days whether it is ready to proceed in scheduling the case in lieu of filing a joint status report within thirty days.

### **ORDER**

It is HEREBY ORDERED that:

1. All parties file their Consent/Decline forms within fourteen days.
2. The City of Stockton advise the court within fourteen days whether it is ready to proceed in scheduling the case in lieu of filing a joint status report within thirty days.

Dated: February 21, 2023

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

gaet.0077