**MAYALL HURLEY, P.C.**
A Professional Corporation
2453 Grand Canal Boulevard
Stockton, California 95207-8253
Telephone: (209) 477-3833
MARK E. BERRY, ESQ
CA State Bar No. 155091
Attorney for Defendants,
CITY OF STOCKTON
ERIC JONES
KYLE RIBERA

**WILLIAM, IVARY, CHISOSO, CAVALLI & BREWER**
1999 Harrison St., Ste 1600
Oakland, CA 94612
Telephone: (510)832-5411
JAYME L. WALKER
Attorneys for Plaintiff
ALEX GAETA and TRESSIE GAETA

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX GAETA and TRESSIE GAETA. Individually and as successors-in-interest to Tracy Gaeta, deceased,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>CITY OF STOCKTON, a municipal corporation; ERIC JONES, individually and in his official capacity as Chief of the Stockton Police Department; KYLE RIBERA, individually and in his official capacity as an Officer of the Stockton Police Department; and DOES 1-10, inclusive<br><br>　　　　　　　　Defendants. | Case No. 2:23-cv-00077-TLN-KJN<br><br>**STIPULATION AND ORDER TO EXTEND PRETRIAL DISCOVERY** |

Page 1
STIPULATION AND ORDER TO EXTEND PRETRIAL DISCOVERY

HAVING MEET AND CONFERRED THE PARTIES STIPULATE TO THE FOLLOWING:

WHEREAS, the court issued its initial scheduling order on February 22, 2023. (ECF 11);

WHEREAS, the parties complied with their Rule 26 disclosure obligations consistent with the initial pretrial scheduling order;

WHEREAS, the parties have exchanged written discovery:

WHEREAS, the San Joaquin County District Attorney continues to investigate the activities associated with this case and has yet to issue findings and/or recommendations regarding the criminal prosecution of the defendant, KYLE RIBERA;

WHEREAS, because the San Joaquin County District Attorney continues its review and investigation of the events associated with this lawsuit, the entirety of the multi-jurisdictional officer involved shooting team report has not yet been released;

WHEREAS, should the San Joaquin County District Attorney file criminal charges against RIBERA, he would be entitled to separate counsel;

WHEREAS, RIBERA cannot sit for a meaningful deposition until the San Joaquin County District Attorney concludes his investigation and issues appropriate findings;

WHEREAS the continuing investigation of the underlying events does not allow for the case to be evaluated by experts;

WHEREAS the parties have agreed and are now requesting an additional four (4) months (120 days) to complete discovery;

WHEREAS, this is the first request for an amendment to the initial pre-trial discovery order.

IT IS SO STIPULATED

//
//
//
//

---

Page 2
STIPULATION AND ORDER TO EXTEND PRETRIAL DISCOVERY

| | | |
|---|---|---|
| 1 | DATED: October 19, 2023 | **WILLIAM, IVARY, CHISOSO, CAVALLI & BREWER** |

By  */s/ Jayme L. Walker*
JAYME L. WALKER
Attorneys for Plaintiff,
ALEX GAETA JR. AND
TRESSIE GAETA

DATED: October 19, 2023   **MAYALL HURLEY, P.C.**

By  */s/ Mark E. Berry*
MARK E. BERRY
Attorney for Defendants,
CITY OF STOCKTON
ERIC JONES
KYLE RIBERA

_____
Page 3
STIPULATION AND ORDER TO EXTEND PRETRIAL DISCOVERY

**ORDER**

Having read and reviewed the stipulation of the parties and good cause being found, the Court grants the parties' request for an extension to the pretrial scheduling order.

It is ordered that all dates shall be continued 120 days.

DATED: October 19, 2023

_____
Troy L. Nunley
United States District Judge