1  **MAYALL HURLEY, P.C**.
   A Professional Corporation
2  112 S. Church Street
   Lodi, California 95240
3  Telephone: (209) 477-3833
   MARK E. BERRY, ESQ
4  CA State Bar No. 155091
   Attorney for Defendants,                              ,
5  CITY OF STOCKTON
   ERIC JONES
6  KYLE RIBERA

7
   **GWILLIAM, IVARY, CHISOSO, CAVALLI & BREWER**
8  1999 Harrison St., Ste 1600
   Oakland, CA 94612
9  Telephone: (510)832-5411
   JAYME L. WALKER
10 Attorneys for Plaintiff
11 ALEX GAETA and TRESSIE GAETA

12

13                    **UNITED STATES DISTRICT COURT**

14                  **FOR THE EASTERN DISTRICT OF CALIFORNIA**

15

| | |
|---|---|
| ALEX GAETA and TRESSIE GAETA. Individually and as successors-in-interest to Tracy Gaeta, deceased, <br><br>         Plaintiff, <br><br> vs. <br><br> CITY OF STOCKTON, a municipal corporation; ERIC JONES, individually and in his official capacity as Chief of the Stockton Police Department; KYLE RIBERA, individually and in his official capacity as an Officer of the Stockton Police Department; and DOES 1-10, inclusive <br><br>         Defendants. | Case No. 2:23-cv-00077-TLN-CSK <br><br> **STIPULATION AND ORDER TO EXTEND PRETRIAL DISCOVERY** |

_____

Page 1
STIPULATION AND ORDER TO EXTEND PRETRIAL DISCOVERY

HAVING MEET AND CONFERRED THE PARTIES STIPULATE TO THE FOLLOWING:

WHEREAS, the court issued its initial scheduling order on February 22, 2023. (ECF 11);

WHEREAS, the parties complied with their Rule 26 disclosure obligations consistent with the initial pretrial scheduling order;

WHEREAS, the parties have exchanged written discovery and the depositions of Plaintiffs have been taken:

WHEREAS, the San Joaquin County District Attorney continues to investigate the activities associated with this case and has yet to issue findings and/or recommendations regarding the criminal prosecution of the defendant, KYLE RIBERA;

WHEREAS, because the San Joaquin Sheriff's Department had previously refused to produce their report due to the District Attorney's ongoing review, the parties had not had access to those materials until June 27, 2024 when the Sherriff's Department finally responded to the subpoena and produced the full investigation of the officer involved shooting;

WHEREAS, the parties request an additional ninety days to complete discovery now that they have the investigation of the officer involved shooting.

WHEREAS the parties have agreed to and are now requesting an additional three (3) months (90 days) to complete discovery and all other pretrial deadlines;

WHEREAS, this is the third request for an amendment to the initial Pretrial Scheduling Order.

WHEREAS, with the requested extension, general fact discovery will close on October 28, 2024.

//

//

Page 2
STIPULATION AND ORDER TO EXTEND PRETRIAL DISCOVERY

1  IT IS SO STIPULATED

3  DATED: 6/28/24         **WILLIAM, IVARY, CHISOSO,**
                          **CAVALLI & BREWER**

           By *s/s Jayme L. Walker (as authorized 7/28/24)*
                          JAYME L. WALKER
                          Attorneys for Plaintiff,
                          ALEX GAETA JR. AND
                          TRESSIE GAETA

9  DATED: 6/28/24         **MAYALL HURLEY, P.C.**

           By        *s/s Mark E. Berry*
                          MARK E. BERRY
                          Attorney for Defendants,
                          CITY OF STOCKTON
                          ERIC JONES
                          KYLE RIBERA

**ORDER**

Having read and reviewed the stipulation of the parties and good cause being found, the Court grants the parties' request for an extension to the pretrial scheduling order.

It is ordered that all dates shall be continued 90 days. General discovery will now close on October 28, 2024.

DATED: July 1, 2024

_____
Troy L. Nunley
United States District Judge