1  **MAYALL HURLEY, P.C**.
   A Professional Corporation
2  112 S. Church St.
   Lodi, CA 95240
3  Telephone: (209) 477-3833
   MARK E. BERRY, ESQ
4  CA State Bar No. 155091
   Attorney for Defendants,                              ,
5  CITY OF STOCKTON
   ERIC JONES
6  KYLE RIBERA

7  **GWILLIAM, IVARY, CHISOSO, CAVALLI & BREWER**
   1999 Harrison St., Ste 1600
8  Oakland, CA 94612
   Telephone: (510)832-5411
9  J. GARY GWILLIAM
   JAYME L. WALKER
10 Attorneys for Plaintiff
   ALEX GAETA and TRESSIE GAETA
11
                    **UNITED STATES DISTRICT COURT**
12
                 **FOR THE EASTERN DISTRICT OF CALIFORNIA**
13

| | |
|---|---|
| ALEX GAETA and TRESSIE GAETA. Individually and as successors-in-interest to Tracy Gaeta, deceased,<br><br>                    Plaintiff,<br><br>vs.<br><br>CITY OF STOCKTON, a municipal corporation; ERIC JONES, individually and in his official capacity as Chief of the Stockton Police Department; KYLE RIBERA, individually and in his official capacity as an Officer of the Stockton Police Department; and DOES 1-10, inclusive<br><br>                    Defendants. | Case No. 2:23-cv-00077-TLN-CSK<br><br>**STIPULATION AND ORDER TO EXTEND PRETRIAL SCHEDULING ORDER** |

HAVING MEET AND CONFERRED THE PARTIES STIPULATE TO THE FOLLOWING:

WHEREAS, the court issued its initial scheduling order on February 22, 2023. (ECF 11);

_____
Page 1
STIPULATION AND ORDER TO EXTEND PRETRIAL SCHEDULING ORDER

1    WHEREAS, the parties complied with their Rule 26 disclosure obligations consistent
2    with the initial pretrial scheduling order;
3    WHEREAS, the parties completed general discovery consistent with the Court's
4    scheduling order (ECF 25);
5    WHEREAS, following the completion of general discovery, the parties agreed to early
6    mediation;
7    WHEREAS, Rule 26 expert disclosures are now due on or before December 30, 2024.
8    WHEREAS, the accommodate early mediation the parties have met and conferred and
9    have agreed to forgo the time and expense associated with Rule 26 expert disclosures until
10   after the completion of mediation;
11   WHEREAS, the parties have agreed to mediation on a date to be determined in the first
12   quarter of 2025 to be determined by mediator availability;
13   WHEREAS, to accommodate mediation, the parties have agreed to extend all dates set
14   forth by the Court's scheduling order 120 days.
15   IT IS SO STIPULATED

17   DATED: December 2, 2024          **GWILLIAM, IVARY, CHISOSO,**
18                                     **CAVALLI & BREWER**

20                                    By *s/s Jayme L. Walker (as authorized 12/2/24)*
                                           J. GARY GWILLIAM
                                           JAYME L. WALKER
21                                         Attorneys for Plaintiff,
                                           ALEX GAETA JR. AND
22                                         TRESSIE GAETA

23
     DATED: December 2, 2024          **MAYALL HURLEY, P.C.**
24

26                                    By          *s/s Mark E. Berry*
                                           MARK E. BERRY
                                           Attorney for Defendants,
27                                         CITY OF STOCKTON
                                           ERIC JONES
28                                         KYLE RIBERA

Page 2
STIPULATION AND ORDER TO EXTEND PRETRIAL SCHEDULING ORDER

**ORDER**

Having read and reviewed the stipulation of the parties and good cause being found, the Court grants the parties' request for an extension to the pretrial scheduling order.

It is ordered that all dates shall be continued 120 days.

DATED: December 3, 2024

_____
Troy L. Nunley
Chief United States District Judge