J. Gary Gwilliam, Esq. (State Bar No. 33430)
Jayme L. Walker, Esq. (State Bar No. 273159)
GWILLIAM, IVARY, CHIOSSO, CAVALLI & BREWER
1999 Harrison Street, Suite 1600
Oakland, CA 94612-3528
Telephone: (510) 832-5411
Facsimile: (510) 832-1918
Email: ggwilliam@giccb.com; jwalker@giccb.com;

Mark E. Berry, Esq. (State Bar No. 155091)
MAYALL HURLEY, P.C.
2453 Grand Canal Boulevard
Stockton, CA 95207-8253
Telephone: (209) 477-3833
Email: mberry@mayallaw.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX GAETA and TRESSIE GAETA, individually and as successors-in-interest to Tracy Gaeta, deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF STOCKTON, a municipal corporation; ERIC JONES, individually and in his official capacity as Chief of the Stockton Police Department; KLYE RIBERA, individually and in his official capacity as an Officer of the Stockton Police Department; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:23-cv-00077-TLN-KJN<br><br>[ASSIGNED FOR ALL PURPOSES TO THE HON. TROY L. NUNLEY]<br><br>**STIPULATION AND ORDER TO EXTEND EXPERT DISCOVERY DEADLINES**<br><br>Complaint Filed: January 13, 2023 |

HAVING MET AND CONFERRED, THE PARTIES STIPULATE TO THE FOLLOWING:

WHEREAS, the parties complied with their Rule 26 disclosure obligations consistent with the initial pretrial scheduling order;

WHEREAS, the parties completed general discovery consistent with the Court's scheduling order (ECF 25);

WHEREAS, Rule 26 expert disclosures are now due on or before April 30, 2025;

WHEREAS, the parties require additional time to complete expert disclosure due to scheduling conflicts and unforeseen circumstances;

WHEREAS, the parties have met and conferred and have agreed to extend all expert discovery dates by 30 days.

IT IS SO STIPULATED.

DATE: April 29, 2025              GWILLIAM IVARY CHIOSSO CAVALLI & BREWER

/s/ Jayme L. Walker

J. Gary Gwilliam
Jayme L. Walker
Attorneys for Plaintiffs
ALEX GAETA AND TRESSIE GAETA

DATE: April 29, 2025              MAYALL HURLEY, P.C.

/s/ Mark E. Berry

Mark E. Berry
Attorneys for Defendants
CITY OF STOCKTON; ERIC JONES; KYLE RIBERA

**ORDER**

Having read and reviewed the stipulation of the parties and good cause being found, the Court grants the parties' request for an extension to the pretrial scheduling order.

It is ordered that all expert discovery dates shall be continued 30 days.

DATED: April 29, 2025

_____
Troy L. Nunley
Chief United States District Judge