1 | **MAYALL HURLEY, P.C**.
A Professional Corporation
2 | 112 S. Church St.
Lodi, CA 95240
3 | Telephone: (209) 477-3833
MARK E. BERRY, ESQ
4 | CA State Bar No. 155091
Attorney for Defendants,
5 | CITY OF STOCKTON
ERIC JONES
6 | KYLE RIBERA

7 | **GWILLIAM, IVARY, CHISOSO, CAVALLI & BREWER**
1999 Harrison St., Ste 1600
8 | Oakland, CA 94612
Telephone: (510)832-5411
9 | J. GARY GWILLIAM
JAYME L. WALKER
10 | Attorneys for Plaintiff
ALEX GAETA and TRESSIE GAETA

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| ALEX GAETA and TRESSIE GAETA. Individually and as successors-in-interest to Tracy Gaeta, deceased, | ) ) ) ) | Case No. 2:23-cv-00077-TLN-CSK |
|---|---|---|
| Plaintiff, | ) ) | [ASSIGNED FOR ALL PURPOSES TO THE HON. TROY L. NUNLEY] |
| vs. | ) ) ) | **STIPULATION AND ORDER TO EXTEND SCHEDULING ORDER DEADLINES** |
| CITY OF STOCKTON, a municipal corporation; ERIC JONES, individually and in his official capacity as Chief of the Stockton Police Department; KYLE RIBERA, individually and in his official capacity as an Officer of the Stockton Police Department; and DOES 1-10, inclusive | ) ) ) ) ) ) ) ) | Complaint filed: January 13, 2023 |
| Defendants. | ) ) | |

---

Page 1
STIPULATION AND ORDER TO EXTEND PRETRIAL SCHEDULING ORDER

HAVING MET AND CONFERRED, THE PARTIES STIPULATE TO THE FOLLOWING:

WHEREAS, the parties complied with their Rule 26 disclosure obligations consistent with the initial pretrial scheduling order;

WHEREAS, the parties completed general discovery consistent with the Court's scheduling order (ECF 25);

WHEREAS, Rule 26 expert disclosures were disclosed on June 27. 2025;

WHEREAS, the parties require additional time to complete supplemental expert disclosure due to scheduling conflicts and unforeseen circumstances;

WHEREAS, due to unforeseen circumstances, the plaintiff's attorneys have been required to reassign primary file handling within their firm;

WHEREAS, the parties have met and conferred and have agreed to extend all deadlines by 45 days.

IT IS SO STIPULATED.

DATED: July 23, 2025	**GWILLIAM, IVARY, CHISOSO, CAVALLI & BREWER**

By  *s/s J. Gary Gwilliam as authorized 7/23/25*
J. GARY GWILLIAM
JAYME L. WALKER
Attorneys for Plaintiffs,
ALEX GAETA JR. AND
TRESSIE GAETA

DATED: July 23, 2025	**MAYALL HURLEY, P.C.**

By	*s/s Mark E. Berry*
MARK E. BERRY
Attorney for Defendants,
CITY OF STOCKTON
ERIC JONES
KYLE RIBERA

## ORDER

Having read and reviewed the stipulation of the parties and good cause being found, the Court grants the parties' request for an extension to the pretrial scheduling order.

It is ordered that all dates shall be continued 45 days.

DATED: July 24, 2025

_____
Troy L. Nunley
Chief United States District Judge