**MAYALL HURLEY, P.C.**
A Professional Corporation
112 S. Church St.
Lodi, CA 95240
Telephone: (209) 477-3833
MARK E. BERRY, ESQ
CA State Bar No. 155091
Attorney for Defendants,
CITY OF STOCKTON
ERIC JONES
KYLE RIBERA

**GWILLIAM, IVARY, CHISOSO, CAVALLI & BREWER**
1999 Harrison St., Ste 1600
Oakland, CA 94612
Telephone: (510)832-5411
J. GARY GWILLIAM
JAYME L. WALKER
Attorneys for Plaintiff
ALEX GAETA and TRESSIE GAETA

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX GAETA and TRESSIE GAETA. Individually and as successors-in-interest to Tracy Gaeta, deceased,<br><br>　　　　　　　　　Plaintiff,<br><br>vs.<br><br>CITY OF STOCKTON, a municipal corporation; ERIC JONES, individually and in his official capacity as Chief of the Stockton Police Department; KYLE RIBERA, individually and in his official capacity as an Officer of the Stockton Police Department; and DOES 1-10, inclusive<br><br>　　　　　　　　　Defendants. | Case No. 2:23-cv-00077-TLN-CSK<br><br>[ASSIGNED FOR ALL PURPOSES TO THE HON. TROY L. NUNLEY]<br><br>**STIPULATION AND ORDER TO EXTEND SCHEDULING ORDER DEADLINES**<br><br>Complaint filed: January 13, 2023 |

---

Page 1
STIPULATION AND ORDER TO EXTEND PRETRIAL SCHEDULING ORDER

HAVING MET AND CONFERRED, THE PARTIES STIPULATE TO THE FOLLOWING:

WHEREAS, the parties complied with their Rule 26 disclosure obligations consistent with the initial pretrial scheduling order;

WHEREAS, the parties completed general discovery consistent with the Court's scheduling order (ECF 25);

WHEREAS, Rule 26 expert disclosures were disclosed on June 27, 2025;

WHEREAS, the parties required and were provided additional time to complete supplemental / rebuttal disclosures due to scheduling conflicts and unforeseen circumstances (ECF 33);

WHEREAS, due to the extension provided by ECF 33, the calendaring of future activity has resulted in unanticipated calendaring conflicts;

WHEREAS, the parties have met and conferred and have agreed to extend all deadlines by 30 days.

IT IS SO STIPULATED.

DATED: September 23, 2025         **GWILLIAM, IVARY, CHISOSO,**
                                  **CAVALLI & BREWER**


By  *s/s J. Gary Gwilliam* approved 9/22/25
      J. GARY GWILLIAM
      JAYME L. WALKER
      Attorneys for Plaintiffs,
      ALEX GAETA JR. AND
      TRESSIE GAETA


DATED: September 23, 2025         **MAYALL HURLEY, P.C.**

By              *s/s Mark E. Berry*
      MARK E. BERRY
      Attorney for Defendants,
      CITY OF STOCKTON
      ERIC JONES
      KYLE RIBERA

## ORDER

Having read and reviewed the stipulation of the parties and good cause being found, the Court grants the parties' request for an extension to the pretrial scheduling order.

It is ordered that all dates shall be continued 30 days.

DATED: September 23, 2025

_____
Troy L. Nunley
Chief United States District Judge