1  **MAYALL HURLEY, P.C**.
   A Professional Corporation
2  112 S. Church St.
   Lodi, CA 95240
3  Telephone: (209) 477-3833
   MARK E. BERRY, ESQ
4  CA State Bar No. 155091
   Attorney for Defendants,                              ,
5  CITY OF STOCKTON
   ERIC JONES
6  KYLE RIBERA

7  **GWILLIAM, IVARY, CHISOSO, CAVALLI & BREWER**
   1999 Harrison St., Ste 1600
8  Oakland, CA 94612
   Telephone: (510)832-5411
9  J. GARY GWILLIAM
   JAYME L. WALKER
10 Attorneys for Plaintiff
   ALEX GAETA and TRESSIE GAETA

## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX GAETA and TRESSIE GAETA. Individually and as successors-in-interest to Tracy Gaeta, deceased,<br><br>                        Plaintiff,<br><br>vs.<br><br>CITY OF STOCKTON, a municipal corporation; ERIC JONES, individually and in his official capacity as Chief of the Stockton Police Department; KYLE RIBERA, individually and in his official capacity as an Officer of the Stockton Police Department; and DOES 1-10, inclusive<br><br>                        Defendants. | Case No. 2:23-cv-00077-TLN-CSK<br><br>[ASSIGNED FOR ALL PURPOSES TO THE HON. TROY L. NUNLEY]<br><br>**STIPULATION AND ORDER TO AMEND SCHEDULING ORDER AND SET BRIEFING SCHEDULE**<br><br>Complaint filed: January 13, 2023 |

---

Page 1
**STIPULATION AND ORDER TO AMEND SCHEDULING ORDER**

HAVING MET AND CONFERRED, THE PARTIES PROPOSE THE FOLLOWING AMENDMENT TO THE COURT SCHEDULING ORDER:

WHEREAS, expert discovery is underway;

WHEREAS, the parties have met and conferred and the CITY OF STOCKTON, ET AL. has advised the plaintiff of its intent to file a dispositive motion;

WHEREAS, as a result of meet and confer efforts, the parties are proposing the following briefing schedule:

Defendants' DISPOSITIVE MOTION to be filed on or before December 19, 2025;

Plaintiffs' OPPOSITION to be filed on or before January 16, 2026;

Defendants' REPLY BRIEF to be filed on January 26, 2026;

Consistent with the Court's calendar, the matter will be scheduled for hearing on February 19, 2026 or on a date consistent with the Court's calendar.

IT IS STIPULATED AND AGREED.

DATED: November 13, 2025            **GWILLIAM, IVARY, CHISOSO, CAVALLI & BREWER**

By *s/s Jayme L. Walker (as authorized 11/13/25)*
　　　JAYME L. WALKER
　　　J. GARY GWILLIAM
　　　Attorneys for Plaintiffs,
　　　ALEX GAETA JR. AND
　　　TRESSIE GAETA

DATED: November 13, 2025            **MAYALL HURLEY, P.C.**

By            *s/s Mark E. Berry*
　　　MARK E. BERRY
　　　Attorney for Defendants,
　　　CITY OF STOCKTON
　　　ERIC JONES
　　　KYLE RIBERA

**ORDER**

Having considered the parties' stipulation, the court finds good cause for amending the scheduling order and setting forth the following briefing schedule.

Defendants' dispositive motion to be filed on or before December 19, 2025;

Plaintiffs' opposition to be filed on or before January 16, 2026;

Defendants' reply brief to be filed on January 26, 2026;

Hearing on the motion will be scheduled for February 19, 2026.

DATED: November 13, 2025

_____
Troy L. Nunley
Chief United States District Judge

Page 3
**STIPULATION AND ORDER TO AMEND SCHEDULING ORDER**