UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX GAETA, and TRESSIE GAETA, Individually and as successors-in-interest to Tracy Gaeta, deceased, | No. 2:23-cv-00077-TLN-CSK |
| Plaintiffs, | **RELATED CASE ORDER** |
| v. | |
| CITY OF STOCKTON, et al., | |
| Defendants. | |
| ROBERT ROBINSON, and SOUTSADA PATHAMMAVONG, | No. 2:25-cv-03644-JAM-JDP |
| Plaintiffs, | |
| v. | |
| CITY OF STOCKTON, et al., | |
| Defendants. | |

Examination of the above-captioned actions reveals they are related within the meaning of Local Rule 123(a). The assignment of these matters to the same judge is likely to effect a substantial savings of judicial effort and is likely to be convenient for the parties.

Relating the cases under Local Rule 123, however, merely has the result that both actions are assigned to the same judge, it does not consolidate the actions. Under the regular practice of

1

this Court, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.  Should either party wish to consolidate the actions, the appropriate motion or stipulation must be filed.

IT IS THEREFORE ORDERED that the action denominated 2:25-cv-03644-JAM-JDP is reassigned to District Judge Troy L. Nunley and Magistrate Judge Chi Soo Kim, and the caption shall read 2:25-cv-03644-TLN-CSK.  Any dates currently set in 2:25-cv-03644-JAM-JDP are hereby VACATED.  The Clerk of the Court shall issue the Initial Pretrial Scheduling Order.  IT IS FURTHER ORDERED that the Clerk of Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment and issue

IT IS SO ORDERED.

DATED: January 27, 2026

_____
Troy L. Nunley
Chief United States District Judge